

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00415-CV

| | | |
|---|---|---|
| Joyce Strange, Individually and as Trustee for the Joyce Strange Marital Trust | § | From the 97th District Court |
| | § | of Archer County (2009-0000051A-CV) |
| v. | | |
| The Estate of W.L. "Rusty" Lindemann, Deceased; and Geraldine T. Lindemann, The Independent | § | August 8, 2013 |
| Executrix of Such Estate | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Joyce Strange shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston